# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRIGETTE BATIEST-RAY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Case No. 2:12-cv-01676-MMD-CWH<br><br>Order Adopting Report and Recommendation (dkt. no. 2) |

Before the Court for consideration is the Report and Recommendation of the Honorable C.W. Hoffman, United States Magistrate Judge, entered September 25, 2012. (dkt. no. 2.) The Report and Recommendation denies Plaintiff's request to proceed *in forma pauperis*, determining that based on her reported yearly income and other assets, Plaintiff has sufficient assets to pay the $350.00 filing fee required to commence a civil action in this Court. (*Id.* at 1.) No objections have been filed.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and determines that Magistrate Judge Hoffman's Recommendation should be ACCEPTED.

1  IT IS THEREFORE ORDERED Plaintiff's Application to Proceed *in Forma Pauperis* (dkt. no. 1) is DENIED. Plaintiff is required to pay the filing fee of $350.00 within thirty days from the date of this Order.

DATED this 26th day of November, 2012.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE