UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRIGETTE BATTIEST-RAY,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　　　　　Defendant. | Case No. 2:12-cv-01676-MMD-CWH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (dkt. no. 6) |

　　　　Before the Court for consideration is the Report and Recommendation of the Honorable C.W. Hoffman, Jr., United States Magistrate Judge, entered January 9, 2013. (Dkt. no. 6.) In a previous Report and Recommendation (dkt. no. 2), the Magistrate Judge denied Plaintiff's request to proceed *in forma pauperis*, determining that based on her reported yearly income and other assets, Plaintiff had sufficient assets to pay the $350.00 filing fee required to commence a civil action in this Court. The Court adopted the Report and Recommendation. (Dkt. no. 3.) Plaintiff was given thirty (30) days to pay the $350.00 filing fee, but failed to do so. Instead, she submitted a second application to proceed *in forma pauperis*. (Dkt. no. 4.) The Magistrate found no evidence to warrant reconsideration of the denial of Plaintiff's previous application. (Dkt. no. 6.) No objections have been filed.

　　　　The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and determines that Magistrate Judge Hoffman's Report and Recommendation (dkt. no. 6) should be ACCEPTED.

1  IT IS THEREFORE ORDERED Plaintiff's Application to Proceed *in Forma Pauperis* (dkt. no. 4) is DENIED. This action is dismissed. The Clerk of the Court is HEREBY ORDERED to close the case.

ENTERED this 26th day of February 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE